UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAS AFGHANISTAN,

    Petitioner,

v.

AFGHANISTAN CIVIL AVIATION AUTHORITY, MINISTRY OF TRANSPORTATION AND CIVIL AVIATION OF AFGHANISTAN, ARIANA AFGHAN AIRLINES CO. LTD., and THE ISLAMIC EMIRATE OF AFGHANISTAN,

    Respondents.

Civil Action No. 25-cv-4374-TNM

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned counsel of record for plaintiff, hereby request that the Clerk mail a copy of the summons and petition to:

1. Ariana Afghan Airlines Co. Ltd.
   Shaheed Square, Shar-e-Naw
   Kabul, Afghanistan

2. Afghanistan Civil Aviation Authority
   Ansari Wat, Wazir Akbar Khan
   Kabul, Afghanistan

3. Ministry of Transportation and Civil Aviation of Afghanistan
   Ansari Wat, Wazir Akbar Khan
   Kabul, Afghanistan

by UPS international mail requiring signed receipt pursuant to the provisions of 28 U.S.C. § 1608(b)(3)(B).

Date: March 11, 2026

                                              Respectfully submitted,

                                              */s/ Tara J. Plochocki*
                                              Tara Plochocki (DC Bar No 989404)

SEQUOR LAW
1200 G Street NW, Suite 340
Washington, D.C. 20005
(+1) 202-900-8740 ext. 310
tplochocki@sequorlaw.com

*Counsel for Petitioner NAS Afghanistan*