

Tara Plochocki
1200 G Street, N.W.
Suite 340
Washington, D.C. 20005
tplochocki@sequorlaw.com
+1 (202) 900-8740

March 11, 2026

Clerk
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001

      Re:    *NAS Afghanistan v. Afghanistan Civil Aviation Authority*, No. 1:25-cv-4374-TNM

Dear Sir/Madam Clerk:

    Petitioner NAS Afghanistan, by and through the undersigned counsel, requests that the Clerk take all necessary steps, pursuant to 28 U.S.C. § 1608(b)(3)(B), to effect service on the Afghanistan Civil Aviation Authority ("ACAA"), and the Ministry of Transportation and Civil Aviation of Afghanistan ("MTCA"), and Ariana Afghan Airlines Co. Ltd. ("Ariana"), which are agencies or instrumentalities of the Islamic Emirate of Afghanistan, a foreign state.[1] 28 U.S.C. § 1603. In light of the unavailability of mail services through the U.S. Postal Service, DHL, or FedEx (*See* Exhibits A-C to this letter), Petitioner respectfully requests that the Clerk dispatch the required service to the addressees by way of delivery via UPS.

    Section 1608(b)(3)(B) requires service that is "reasonably calculated to give actual notice, by delivery of a copy of the summons and complaint, together with a translation of each into the official language of the foreign state" and may be attempted through "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality". UPS permits the sender to require a signature upon delivery.

    Accordingly, Petitioner requests the Clerk to dispatch the required service materials to the addressees identified below by way of UPS requiring signature.

    To that end, we file this letter electronically and then deliver to the Office of the Clerk the following:

1. One copy of the Affidavit Requesting Foreign Mailing under 28 U.S.C. § 1608(b)(3)(B) (including this letter);
2. One copy of the Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing;
3. One copy of the notice of return of service unexecuted;

---

[1] Service on ACAA and MTCA is also being attempted via 28 U.S.C. 1608(a)(3), because they may also be political subdivisions of Afghanistan. Dkt. Nos. 6, 8, and 10.

March 11, 2026
Page 2 of 2

4. One copy of the summons, petition (as well as additional documents filed at the time the case was commenced), and translations of each into the Dari language, an official language of Afghanistan, for each of the three respondents identified herein; and
5. Three UPS boxes and international shipment labels (one for each of the Respondents)

The addressees and statutory provision relating to manner of service are:

| | |
|---|---|
| Ariana Afghan Airlines Co. Ltd.<br>Shaheed Square, Shar-e-Naw<br>Kabul, Afghanistan | 28 U.S.C. § 1608(b)(3)(B) |
| Afghanistan Civil Aviation Authority<br>Ansari Wat, Wazir Akbar Khan<br>Kabul, Afghanistan | 28 U.S.C. § 1608(b)(3)(B) |
| Ministry of Transportation and Civil Aviation of Afghanistan<br>Ansari Wat, Wazir Akbar Khan<br>Kabul, Afghanistan | 28 U.S.C. § 1608(b)(3)(B) |

Should any questions regarding this request arise, please do not hesitate to contact me at (202) 900-8740 or at tplochocki@sequorlaw.com.

Sincerely yours,

Tara J. Plochocki