# Exhibit B

FedEx.

Sign Up/Log In

# Welcome to FedEx

GET TRANSIT TIMES

TRACK

SHIP

**X**

## Afghanistan Temporary Service Disruption

Due to the situation in the country, service to and from Afghanistan is temporarily disrupted. We will not accept shipments to or from Afghanistan at this time.

 FedEx has re... ...e with local guidelines.

Due to ongo... ...ience extended transit times.

We continue to monitor the situation closely and will share updates as they become available. Please refer to this page for the latest information.

 **Important note**

Effective August 29, 2025, at 12:01 a.m. EDT, **the duty-free de minimis exemption treatment for commercial shipments to the U.S. with a value at or below US$800**, and that would otherwise qualify for the de minimis exemption will be removed, regardless of the country of origin of the products.

**Shipping to the U.S.? Navigate U.S. tariff changes with ease.**

In today's dynamic trade environment, having expertise in clearance and compliance is crucial. We're here to assist your business every step of the way.

**GET ESSENTIAL TIPS**

# Your Business Resource



**Afghanistan Temporary Service Disruption**

Due to the situation in the country, service to and from Afghanistan is temporarily disrupted. We will not accept shipments to or from Afghanistan at this time.

Our l... ...ng ...y ...ng ...y ...pping ...edEx.

LET US HELP



**Afghanistan Temporary Service Disruption**

Due to the situation in the country, service to and from Afghanistan is temporarily disrupted. We will not accept shipments to or from Afghanistan at this time.

Benefit from our shipping account

**Afghanistan Temporary Service Disruption**

Due to the situation in the country, service to and from
Afghanistan is temporarily disrupted. We will not
accept shipments to or from Afghanistan at this time.

Choos... ...ments.



## FedEx Afghanistan News

Online Fraud Alert

Money-Back Guarantee (MBG) Reinstated effective
February 12, 2026 | Posted on February 11, 2026

Mandatory ACID for Shipments to Egypt | Posted on
December 24, 2025

VIEW ALL NEWS

© FedEx 1995-2026

Terms of Use  |  Security and Privacy

**Afghanistan Temporary Service Disruption**

Due to the situation in the country, service to and from
Afghanistan is temporarily disrupted. We will not
accept shipments to or from Afghanistan at this time.