# Exhibit C

 If you are already registered in MyDHL+, Login Now.

## From

**Name**
Tara Plochocki ✓

☐ Business Contact

**Company** ⓘ
Sequor Law, P.A. ✓

**Country/Territory**
United States of America ✓

**Address**
1200 G Street Northwest ✓

**Address 2**
Suite 340 ✓

**Address 3**

| ZIP Code | City | State |
|---|---|---|
| 20005 ✓ | WASHINGTON ✓ | DISTRICT OF COLUM ✓ |

☐ Residential Address

**Email Address** *
DHL will send shipment notifications to this email address

| Phone Type | Code | Phone | Extension |
|---|---|---|---|
| Office ▼ | 1 ✓ | 202-900-8740 ✓ | |

➕ Add Another

**VAT/Tax ID**
Enter IOSS in Customs Declaration section

Clear Address

## To

**Name**
C/o Minister of Foreign Affairs

☐ Business Contact

**Company** ⓘ
Ministry of Foreign Affairs

**Country/Territory**
Afghanistan

⚠ Shipping services to and from Afghanistan are temporarily suspended.

**Address**
Malik Asghar Square

**Address 2** *
[empty red-bordered field]

**Address 3**

| Suburb | City | State |
|---|---|---|
| | KABUL ✓ | |

☐ Residential Address

**Email Address**
DHL will send shipment notifications to this email address

| Phone Type | Code | Phone | Extension |
|---|---|---|---|
| Office ▼ | 93 ✓ | 02 100 381____ * | |

➕ Add Another

**VAT/Tax ID**
Enter IOSS in Customs Declaration section

**EORI Number**
Enter IOSS in Customs Declaration section

Notes about this contact

Clear Address

Next

⊗ Cancel

Need help? Chat with us now