# Exhibit C

# View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialogue box that appears. Note: If your browser does not support this function, select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a scheduled Pickup**
   - Your driver will pickup your shipment(s) as usual.

   **Customers without a scheduled Pickup**
   - Schedule a Pickup on ups.com to have a UPS driver pickup all of your packages.
   - Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. To find the location nearest you, please visit the 'Locations' Quick link at ups.com.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
| --- | --- | --- |
| CVS STORE # 10833 | THE UPS STORE | CVS STORE # 10685 |
| 1101 NEW YORK AVE NW | 1220 L ST NW | 675 K ST NW |
| WASHINGTON DC 20005-4269 | WASHINGTON DC 20005-4033 | WASHINGTON DC 20001-2506 |

FOLD HERE



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z164T6FDA97966048

**Weight**
5.00 LBS

**Service**
UPS Worldwide Saver®

**Shipped / Billed On**
03/06/2026

**Additional Information**
Adult Signature Required

**Delivered On**
03/29/2026 11:30 A.M.

**Delivered To**
C O MINISTER OF FOREIGN A
KABUL
KABUL, AF

**Received By**
fateh omar

**Reference Number(s)**
0004, 164T6FVJH3K

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 03/30/2026 7:04 P.M. EST