# Exhibit D

# EXPO QUIK COURIER SERVICES

خدمات پست سریع ایکسپو  خدمات پست سریع ایکسپو

## Delivery Receipt

| No | Tracking # | Pcs | Weight | Date Reci'd | Time Rec'd | Consingee Name | Receiver name | Signature | Phone # |
|----|-----------|-----|--------|-------------|------------|----------------|---------------|-----------|---------|
| 1 | 1Z0TMH22DA01025671 | 1 | 2.27 | | 30-3-2026 | C/O MINISTER OF FOREIGN A | سید محمد علی شاه | | |
| 2 | 1Z0TMH22DA04731063 | 1 | 2.27 | | | C/O MINISTER OF FOREIGN A | | | |
| 3 | 1Z164T6FDA94096145 | 1 | 2.27 | | | C/O MINISTER OF FOREIGN A | " | | |
| 4 | 1Z164T6FDA94980135 | 1 | 2.27 | 30-3 | 17:30 | C/O MINISTER OF FOREIGN A | " | | |
| 5 | 1Z164T6FDA96122059 | 1 | 2.27 | | | C/O MINISTER OF FOREIGN A | " | | |
| 6 | 1Z164T6FDA97966048 | 1 | 2.27 | | | C/O MINISTER OF FOREIGN A | " | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |